FILED
October 23, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
)   Case No. 2:06-mj-265 KJM
          Plaintiff, )
v. )   ORDER FOR RELEASE
)   OF PERSON IN CUSTODY
Solomon Summerfield, )
)
_____ )
          Defendant.

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release Solomon Summerfield Case 2:06-mj-265 KJM from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___ Release on Personal Recognizance

___ Bail Posted in the Sum of _____

_X_ $500,000 bond secured with total equity available in property with an Unsecured bond for the remainder signed by Daryl Summerfield

___ Appearance Bond with 10% Deposit

___ Appearance Bond secured by Real Property

___ Corporate Surety Bail Bond

_X_ (Other) PTS conditions/supervision

Issued at Sacramento, CA on 10/16/06 23 at 2:49 p.m.

By _____
Kimberly J. Mueller,
United States Magistrate Judge