**STEVEN D. BAUER**
Attorney at Law - SBN 50084
428 J Street - Suite 350
Sacramento, California 95814
Telephone: (916) 447-8262
E-mail: baueresq@sbcglobal.net

Attorney for Defendant: **SOLOMON SUMMERFIELD**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>　　　　　　Plaintiff,<br>　　v.<br>**SOLOMON SUMMERFIELD**,<br>　　　　　　Defendant, | Crim. S-06-428 DFL<br><br>**STIPULATION AND ORDER THEREON** |

IT IS HEREBY STIPULATED between counsel for the government and the defendant that the time within which the defendant may file supporting documents in support of his pretrial release may be expanded until November 16, 2006. The defendant having previously recorded, in favor of the clerk of this court, a deed of trust the remaining documents include an appraisal and lot book report.

Dated: November 10, 2006                           Dated: November 10, 2006

/ s / Steven D. Bauer                                       / s / Jason Hitt

Attorney for Defendant                                Assistant United States Attorney


For Good cause Appearing
**IT IS SO ORDERED**

Dated: November 14, 2006.

_____
U.S. MAGISTRATE JUDGE